UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-cv-61267

JOSE A. PUMARES, an Individual,
                Plaintiff,
vs.
SOURCE ONE MORTGAGE
CORPORATION, a Florida Corporation,
Fannie Mae, 360 MORTGAGE GROUP,
LLC, a Florida Limited Liability Company
and ALBERTO QUIROZ, Individually,
                Defendants.            /

NOTICE OF FILLING

COMES NOW, the Plaintiff, by and through the undersigned counsel and files the following documents.

1. Summons Quiroz, and;
2. Summons Source.

Respectfully Submitted By,

MALOY LAW GROUP, LLC
540 NW 165th Street Road, Suite 210
Miami, Florida 33169
Phone #: (786)483-7541
Fax#: (305)402-0204
Service E-mail: service@maloylaw.com

By:     /s/ Marilyn L. Maloy
      Marilyn L. Maloy, Esq.
      Florida Bar No.: 012771

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that July 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:     /s/ Marilyn l. Maloy
      Marilyn L. Maloy, Esq.
      service@maloylaw.com
      Attorney for Plaintiff
      For the Firm