AO 440(Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
For the
Southern District of Florida

JOSE A. PUMARES
    Plaintiff

Civil Action No. 15-cv-61267

-v-

SOURCE ONE MORTGAGE CORPORATION, a Florida Corporation, Fannie Mae, 360 MORTGAGE GROUP, LLC, a Florida Limited Liability Company and ALBERTO QUIROZ, Individually,
    Defendant.                                         /

**SUMMONS IN A CIVIL ACTION**

To:    ALBERTO QUIROZ
2520 FLAMINGO DR.
MIAMI BEACH, FL 33140

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P.12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the federal Rules of civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MARILYN L. MALOY, ESQUIRE**
**MALOY LAW GROUP, LLC**
**540 NW 165 Street Road, Suite 210**
**Miami, Florida 33169**
**Phone #: (786) 483-7541**
**Fax#: (305)402-0204**
**Service E-mail: service@maloylaw.com**

    If you fail to respond, judgment by default will be entered will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
Signature of clerk or Deputy Clerk