UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 15-cv-61267-DPG

**JOSE A. PUMARES**
   Plaintiff

-v-

**SOURCE ONE MORTGAGE CORPORATION, FANNIE MAE, 360 MORTGAGE GROUP, LLC and ALBERTO QUIROZ,**
                        Defendants.                /

**PLAINTIFF RESPONSE TO THE ORDER TO SHOW CAUSE**

COMES NOW, the Plaintiff, JOSE A. PUMARES, by and through the undersigned counsel, hereby files his Response to this Court's October 15, 2015 Order to Show Cause ("Response") and in support thereof states as follows:

1. On June 15, 2015 Plaintiff filed a complaint for damages against all defendants.

2. On July 6, 2015, summonses were issued as to Alberto Quiroz and Source One Mortgage.

3. On July 14, 2015, the undersigned counsel was admitted to hospital due to a medical emergency.

4. The undersigned counsel, a solo practitioner, was released from the hospital on July 18, 2015. However, due to recovery, including continuous treatment and testing, the undersigned counsel was unable to perfect service on Alberto Quiroz and Source One Mortgage.

5. Due to undersigned counsel's inability to work during her illness, the limitations on work placed on her by her doctor during treatment and recovery, and undersigned counsel's continued illness, Plaintiff respectfully requests that this Court enter an order extending her time to perfect service on the remaining Defendants.

6. Plaintiff is respectfully requesting two additional weeks to comply with the obligation and rigors imposed by this cause and the Court, including satisfying obligations and taking this cause through trial.

7. Plaintiff therefore files this Response in good faith and has shown good cause for the requested enlargement of time.

8. This Response and Request of extension of time is not made for the purposes of avoidance or delay and will not prejudice any party.
9. 

WHEREFORE, Plaintiff, JOSE PUMARES, respectfully requests that this Honorable Court enter an order extending the deadline to perfect service.

Respectfully Submitted By,

MALOY LAW GROUP, LLC
540 NW 165th Street Road, Suite 210
Miami, Florida 33169
Phone #: (786)483-7541
Fax#: (305)402-0204
Service E-mail: service@maloylaw.com

By: ___*/s/ Marilyn L. Maloy*___
    Marilyn L. Maloy, Esq.
    Florida Bar No.: 012771
    service@maloylaw.com
    Attorney for the Plaintiff
    For the Firm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that October 15, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___*/s/ Marilyn L. Maloy*___
    **Marilyn L. Maloy, Esq.**
    Florida Bar No.: 012771